1

2

3

4

5

6

7                                    **UNITED STATES DISTRICT COURT**

8                                        EASTERN DISTRICT OF CALIFORNIA

9

10                                                                    )   CV F 05-0800 AWI WMW HC
     LUIS GOMEZ,                                                      )
11                                                                    )
                                                                      )   ORDER ADOPTING  FINDINGS AND
12                                    Petitioner,                     )   RECOMMENDATIONS THAT ACTION BE
                                                                      )   DISMISSED FOR LACK OF PROSECUTION
13          v.                                                        )
                                                                      )   [Doc. 7]
14                                                                    )
     WARDEN CHARLES GILKEY,                                           )
15                                                                    )
                                    Respondent.                       )
16   _____                                 )

17

18
            Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas
19
     Corpus pursuant to 28 U.S.C. § 2241.
20
            On January 30, 2007, the Magistrate Judge filed findings and recommendations herein.
21
     These findings and recommendations were served on the parties and contained notice to the
22
     parties that any objections to the findings and recommendations were to be filed within thirty
23
     days.  Petitioner did not file objections.[1]
24
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a
25

26   _____

27          [1]The court notes that the copy of the findings and recommendations served on Petitioner
     was returned by the United States Postal Service.  Pursuant to Local Rule 83-182(f), service on a
28   party at their address of record is fully effective.

                                                          1

1    de novo review of this case.    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

2    (9th Cir. 1983).    Having carefully reviewed the entire file, the court finds the findings and

3    recommendations to be supported by the record and by proper analysis.

4         Based on the foregoing, it is HEREBY ORDERED  that:

5    1.    The findings and recommendations issued by the Magistrate Judge on

6         January 30, 2007, are a adopted in full;

7    2.    The Petition for Writ of Habeas Corpus is DISMISSED for failure to prosecute:

8    3.     The Clerk of the Court is directed to enter  judgment for Respondent and to close this

9         case.

10

11   IT IS SO ORDERED.

12   **Dated:    April 10, 2007**                        /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28